AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

United States Courts
Southern District of Texas
FILED

*May 27, 2022*

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br>Adam OHLSEN<br><br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. **4:22-mj-1224**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 8, 2022 _____ in the county of _____ Montgomery _____ in the
_____ Southern _____ District of _____ Texas _____, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC 2252A(a)(2)(B)<br>18 USC 2251 | Distribution of Child Pornography<br>Production of Child Pornography |

This criminal complaint is based on these facts:

See Attached

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Laura J Gill, Special Agent
*Printed name and title*

Sworn to telephonically.

Date: _____ May 27, 2022 _____

_____
*Judge's signature*

City and state: _____ Houston, Texas _____            Sam S. Sheldon, U.S. Magistrate Judge
*Printed name and title*

AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Laura J. Gill, being duly sworn, hereby depose and state the following:

1.      I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations (HSI), assigned to the Office of the Special Agent in Charge, Houston, Texas. I have been employed by Immigration & Customs Enforcement (ICE), Homeland Security Investigations (HSI), as an HSI agent for approximately twelve years.  I am currently assigned to the Cyber Investigations Group (CIG), and as part of my daily duties as an HSI agent assigned to this group, I investigate criminal violations relating to child exploitation and child pornography including violations of Chapter 109A, Chapter 110 and Chapter 117, all contained within Title 18 of the United States Code.  I have received training in the area of child pornography and child exploitation, and I have had the opportunity to observe and review examples of child pornography in various forms of media including computer media.  I have also participated in the execution of search warrants; a number of which involved child exploitation, child pornography and online solicitation offenses.

2.      This Affidavit is made in support of a criminal complaint charging Adam OHLSEN with violating Title 18 U.S.C. § 2251, production of child pornography and 18 U.S.C § 2252A(a)(2)(B), the distribution of child pornography.

3.      This Affidavit is being submitted for the limited purpose of securing a criminal complaint. I have not included each and every fact known to me concerning this investigation; I have set forth only those facts I believe are necessary to establish probable cause that evidence of violation of Title 18 U.S.C. § 2251, production of child pornography, occurred on or about January 11, 2021, and 18 U.S.C § 2252A(a)(2)(B), the distribution of child pornography, Title 18 U.S.C. § 2251, production of child pornography, and was committed

by Adam OHLSEN. Throughout this Affidavit, statements made by sources of information and other witnesses are set forth in substance and in pertinent part unless otherwise indicated. Further, the facts and circumstances of this investigation have not been set forth in pertinent part for the purpose of this Affidavit and do not include the complete factual history of this investigation, or all of its details.

### Factual Basis to Support Criminal Complaint

4.      On or about May 8, 2022, Queensland Police Department (QPD) Officer Stuart Butler, working in an undercover capacity, observed that an individual utilizing the username "goodeye2022," had uploaded 75 albums containing 2,342 images to a Russian image hosting site. While reviewing the contents of the albums, QPD Officer Butler noted most of the albums contained images indicative of having a sexual interest in children as well as images of the exploitation and sexual abuse of a prepubescent Caucasian female that "goodeye2022" identified as his 9-year-old stepdaughter.

5.      On May 25, 2022, I reviewed the evidence sent by QPD Officer Butler and observed 8 albums (that Officer Butler explained were uploaded by goodeye2022) with various labels containing child exploitation and child sexual abuse material (CSAM) as well has images indicative of a sexual attraction to children. One of the albums, entitled "BIKINI!" contains the phrase "Album owner says: The only time a 9 is better than a 10…..AGE!Smooth, wet and wil, and I wanna take a ride." in the top left corner alongside a thumbnail image of a pubescent Caucasian female wearing an orange shirt and grey shorts with white trim standing in a concession stand line. This same image is in goodeye2022's album titled "ASStros game." Within the BIKINI! album were the following files:

   a.      **FD3B9F3E-F643-4013-B5CA-32CDD540E92.jpeg©goodeye2022**      is

described as follows: this image depicts 3 prepubescent Caucasian females approximately 8 to 10-years of age standing in a kitchen. The three prepubescent females are visible from just below the breast area and up. They all have wet hair, and their clothing appears to be wet or damp. On the windowsill above the sink appears to be a white flowerpot containing an orchid.

b.    **imgsrc.ru_7309706UGf.jpg** is described as follows: this image depicts a prepubescent Caucasian female approximately 8 to 10-years of age wearing a multi-colored bikini, has on artificial nails and is wearing two pink, yellow, blue, and white beaded bracelets. The prepubescent female is seated on the side of what appears to be a blue and grey blowup pool. Her legs are separated, and her vaginal area appears to be the primary focus of the image. There is a smaller blowup pool behind her that resembles the inside of a watermelon. This image is lewd and lascivious in nature.

6.    Another of the 8 albums, entitled "Fantasy body," contains the phrase "Album owner says: 9 yr old step daughter" in the top left corner alongside a thumbnail image of a prepubescent Caucasian female approximately 8 to 10 years of age lying on her back on a piece of furniture with her upper torso bent back towards the floor. The prepubescent female is wearing blue shorts with yellow trim and images of popsicles, ice cream cones rainbows and pineapples. The following is a description of two files contained in this album:

a. **0111211145_HDR.jpg©goodeye2022** is described as follows: this image depicts what appears to be a photo taken of another device's screen with the numbers 22/55 on the top left. The image is of a prepubescent Caucasian female approximately 8 to 10 years of age, lying on her back atop what appears to be a purple and white bedspread. The prepubescent female appears to be asleep. She is wearing a pink sleeveless top bearing a black, white,

and gold graphic of a crescent moon and stars in the center, white shorts with blue clouds, rainbows, and yellow sun, and blue panties. Her legs are separated, and the shorts are pushed to one side so that her vaginal area is the primary focus of the picture. This image is lewd and lascivious in nature.

b. **0926212101b_HDR.jpg©goodeye2022** is described as follows: this image depicts a prepubescent Caucasian female approximately 8 to 10 years of age who is standing fully nude in the middle of a closet full of little girl's clothing, toys, and miscellaneous items. The prepubescent female's brown wavy hair appears to be damp, and she has a yellow piece of clothing draped over her right arm in a manner that conceals her body from approximately mid-chest to her hip bones.

7. Another of the 8 albums, entitled "Fantasy hole," contains the phrase "Album owner says: 9 yr old step daughter" in the top left corner alongside the same thumbnail image of the prepubescent Caucasian female described at the beginning of paragraph 22. Within this album were the following files:

a. **0111211145c.jpg ©goodeye2022** is described as follows: this image depicts what appears to be a photo taken of another device's screen with the numbers 19/55 on the top left. The image is of a what appears to be the same prepubescent Caucasian female described in paragraph 22. The prepubescent female is lying on her back. The prepubescent female is visible from just above the waist to approximately mid-thigh. She appears to be wearing a pink top and has on white underwear that has light blue trim and blue clouds and yellow sun. An adult Caucasian male with an indecipherable tattoo on his upper hand is pushing her underwear to the side and is separating her labia with his pointer finger and thumb. This image meets the federal definition of child pornography.

b. **imgsrc.ru_72934156jno.jpg** is described as follows: this image depicts what appears to be a prepubescent Caucasian female lying on her back on top of a bed. The prepubescent female appears to be asleep. She is wearing a pink short-sleeved t-shirt, white shorts with a pink, tan, and brown tropical print, and white underwear with yellow trim. The prepubescent female's legs are separated, and an adult Caucasian male is pulling back her underwear and inserting his pointer finger into her vagina past the first knuckle. This image meets the federal definition of child pornography.

8. QPD Officer Butler made copies of the user goodeye2022's index to albums page which included the following information:

> username: goodeye2022
> real name: You Wish
> user info: All my OWN….ENJOY!

9. QPD Officer Butler sent legal service to the Russian imaging hosting site and obtained the following information for the goodeye2022 account:

> email: hidden/Goodeye2022@mail.com
> joined: 2022-03-04
> IP geolocation in Houston, Texas area

10. QPD Officer Butler searched for another user profile on the Russian imaging hosting site based on similar username and IP geolocation, and found one with the following information:

> username: goodeye2021
> email: hidden/Adam.ohlsen87@gmail.com
> joined: 2021-12-07

11. QPD Officer Butler used open-source internet checks to identify Adam.ohlsen87@gmail.com as an email used by an individual who left a restaurant review in Washington state approximately 6 years ago. A photo of the individual was included in

the review, and QPD Officer Butler provided that to me.

12. QPD Officer Butler requested a search of the Texas Driver License database for Adam OHLSEN. On May 9, 2022, Officer Butler received the image of Adam OHLSEN, date of birth October 24, 1980, along with a listed address of 4519 Glenwick Grove Court, Porter, Texas 77365.

13. On May 25, 2022, I reviewed both images (of the Adam.ohlsen87@gmail.com who left a review and of the Adam Ohlsen living in Porter, Texas) and found they appeared to be the same person. I noted the faces in both images contained a small mark or mole to the left bridge of the nose and a small mark or mole on the left cheek.

14. A query of the Montgomery County Appraisal District database indicated 4519 Glenwick Grove Court, Porter, Texas 77365 is owned by Rachael Kline.

15. On May 25, 2022, Special Agent Richard Wilfong travelled to 4519 Glenwick Grove Court and observed a silver Kia Sorento bearing Texas license plate number LHJ 9777, along with an adult Caucasian male wearing a black hoodie and black shorts at the residence. SA Wilfong took a photo of the vehicle with the adult Caucasian male which is included with Attachment A.

16. On May 25, 2022, SA Richard Wilfong walked along the back of the neighborhood in the undeveloped area and observed a small child's pool that had the appearance of a cut watermelon in the backyard 4519 Glenwick Grove Court. This could be the same child's pool described in paragraph 21(b).

17. A query of the Texas Motor Vehicle database indicated the silver Kia bearing Texas license plate number LHJ9777 is registered to Rachael Kline at 16270 Hidden Deer Lane in Conroe, Texas.

18. A review of the Texas Driver License database on May 25, 2022, revealed Adam OHLSEN renewed his driver license on June 2, 2021. The residential address listed on the Texas driver license is 4519 Glenwick Grove Court, Porter.

19. A query of the Texas Vital Statistics database indicates Rachael Kline and Adam OHLSEN are the parents of two children: one born in 2020 and one born in 2021.

20. On May 26, 2022, I contacted Rachael Kline and showed her some sanitized images printed from goodeye2022's BIKINI!, FANTASY body, FANTASY hole, and CUM albums. Mrs. Kline positively identified the kitchen of her home to include the white flowerpot containing an orchid, recognized the small child's pool that resembled a cut watermelon, and identified the prepubescent Caucasian female that appears in many of the CSAM images as her 9-year-old daughter. She also identified the blue star tattoo that appears on the adult hand in one of the CSAM images as the one on the right hand of Adam OHLSEN.

21. On May 26, 2022, a federal search and seizure warrant was executed on 4519 Glenwick Grove Court, in Porter, Texas. Upon the execution of said warrant authorized by United States Magistrate Sam Sheldon, agents identified and interviewed Adam OHLSEN.

22. After being advised of his *Miranda Rights*, OHLSEN agreed to answer questions. OHLSEN advised he is a stay-at-home parent.

23. OHLSEN admitted he had used his cellphone to take the photos of himself masturbating onto and with the children's underwear, taking the photo of his erect penis above the prepubescent female's head as she slept, and posting the photos to an image sharing site.

23. Upon showing OHLSEN a series of printed images taken from the albums listed above, OHLSEN identified himself in several photos, identified the prepubescent Caucasian female as his partner's 9-year-old daughter, and acknowledged that he was the person seen

in image file imgsrc.ru_72934156jno.jpg digitally penetrating the prepubescent Caucasian female's vagina.

24. OHLSEN acknowledged he had created an account on the Russian image sharing site, had created the usernames goodeye2022, goodeye2021, and goodeye2017, and had uploaded the images of child pornography to be shared.

25. Your Affiant observed when QPD Officer Butler was preserving the album "FANTASY hole," he had recorded the EXIF data related to the uploaded images indicating they were taken with an LGE V-600 on or about January 11, 2021 at approximately 11:44:10 Russian time.

26. Your Affiant knows that through training and experience that EXIF data is data that can capture the date, time, location, camera, device, and other information related to an image or video file.

27. During the search of the residence, a pair of shorts seen in image file imgsrc.ru_72934156jno.jpg, and two comforters seen in photos found in the "FANTASY clothed" album and the "BIKINI!" album were located and seized.

## Conclusion

28.    Based on the information set forth above, your Affiant believes there is probable cause to believe that on or about January 11, 2021, Adam OHLSEN was in violation of Title 18 Title 18 U.S.C. § 2251, production of child pornography, and on or about May 8, 2022, Adam OHLSEN was in violation of Title 18 U.S.C. § 2252A(a)(2)(B), the distribution of child pornography.

Laura J. Gill
Special Agent
Homeland Security Investigations

SUBSCRIBED and SWORN telephonically before me this 27th day of May 2022, and I find probable cause.

Sam S. Sheldon
United States Magistrate Judge
Southern District of Texas